MICHELLE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4801
    E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRICE TIMMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-02721-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-two (32) days from January 30, 2025, up to and including March 3, 2025. This is Defendant's first request for an extension.

Defendant requests this extension because counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion for Summary Judgment by the new due date of March 3, 2025.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: January 28, 2025        /s/ *Jeffrey R. Duarte* *
                                        (*as authorized via e-mail on January 28, 2025)
                                        JEFFREY R. DUARTE
                                        Attorney for Plaintiff

Dated: January 28, 2025        MICHELLE BECKWITH
                                        Acting United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                          By:    /s/ *David Priddy*
                                        DAVID PRIDDY
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 3, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 31, 2025

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE